The only question which appellant attempts to present is as to the sufficiency of the evidence. Conceding, without deciding, that appellant's brief shows that the evidence is in the record, a question not presented by appellee, we have carefully examined the purported evidence contained in appellant's original brief and reply brief, as supplemented by appellee in his brief, and we hold that the same abundantly supports the finding and judgment of the trial court.

The judgment is affirmed.

---

## RENICK *v.* STANLEY ET AL.

[No. 11,072.   Filed January 6, 1922.]

From Marion Circuit Court (33,293) ; *Harry O. Chamberlin*, Judge.

Action between Arthur C. Renick and Tilghman H. Stanley and another.   From the judgment rendered, the former appeals. *Affirmed.*

*Charles E. Henderson* and *George M. Crane*, for appellant.
*Felt & Forney*, for appellees.

PER CURIAM.—Judgment affirmed.

---

## HINTON *v.* BURDICK.

[No. 11,092.   Filed January 10, 1922.]

From Allen Circuit Court; *Sol A. Wood*, Judge.

Action by Margaret Burdick against Chester Hinton.   From a judgment for plaintiff, the defendant appeals.   *Affirmed.*

*Robert B. Dreibelbiss*, for appellant.
*J. H. Aiken* and *A. L. Aiken*, for appellee.

PER CURIAM.—Judgment affirmed.

---

## SKEER *v.* MARTIN.

[No. 11,087.   Filed January 13, 1922.]

From Allen Circuit Court; *Sol A. Wood*, Judge.

Action between Albert R. Skeer and Maude Martin.   From the judgment rendered, the former appeals.   *Affirmed.*

*Herbert L. Somers* and *Harry F. Kennerk*, for appellant.

PER CURIAM.—Judgment affirmed.